**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Juice Roll Upz, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | The Stand E-Liquid<br>Licks E-Liquid Inc. |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 2 2 3 4 3 7 5 |

**4. Debtor's address**

Principal place of business

1303 W Valencia Dr. #305
Number    Street
Fullerton, CA 92833
City                State        ZIP Code

Orange
County

Mailing address, if different from principal place of business

Number        Street
City                State        ZIP Code

Location of principal assets, if different from principal place of business

9674 Hermosa Avenue
Number        Street
Rancho Cucamonga, CA 91730
City                State        ZIP Code

**5. Debtor's website (URL)**    rollupz.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Juice Roll Upz, Inc.__                                          Case number *(if known)* _____
             Name

**7. Describe debtor's business**

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B. *Check all that apply:***

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See**
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   _4_ _5_ _9_ _9_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

**Check one:**

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

          District _____   When _____   Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

          District _____   When _____
                                                         MM / DD / YYYY

          Case number, if known _____

Debtor    _Juice Roll Upz, Inc._                                    Case number (if known) _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | Check all that apply:<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>　　　　　　　　　　Number　　　Street<br><br>　　　　　　　　　　_____<br>　　　　　　　　　　_____<br>　　　　　　　　　　City　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>　　　　　　　Contact name _____<br>　　　　　　　Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | Check one:<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　☐ $1,000,001-$10 million　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   __Juice Roll Upz, Inc.__                                          Case number *(if known)* _____
         Name

**16. Estimated liabilities**

☐ $0-$50,000                  ☑ $1,000,001-$10 million           ☐ $500,000,001-$1 billion
☐ $50,001-$100,000            ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million         ☐ $100,000,001-$500 million       ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __10/10/2023__
              MM/ DD/ YYYY

X _____          __Joshua Tongco__
Signature of authorized representative of debtor   Printed name

Title _____ __President__

**18. Signature of attorney**

X _____          Date  __10/10/23__
Signature of attorney for debtor                    MM/ DD/ YYYY

__Anerio Ventura Altman, Esq.__
Printed name

__Lake Forest Bankruptcy__
Firm name

__P.O. Box 515381__
Number      Street

__Los Angeles__                        __CA__      __90051__
City                                   State     ZIP Code

__(949) 218-2002__                     __avaesq@lakeforestbkoffice.com__
Contact phone                          Email address

__228445__                             __CA__
Bar number                             State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name _____ Juice Roll Upz, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Statement of Financial Affairs _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/10/2023          X _____
          MM/ DD/ YYYY                Signature of individual signing on behalf of debtor

          Joshua Tongco _____
          Printed name

          President _____
          Position or relationship to debtor

**JUICE ROLL UPZ, INC.**

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

**October 6ᵗʰ, 2023**

In accordance with Section 307 of the California Corporations Code and the current By-Laws of Juice Roll Upz, Inc. a California corporation (the "Company"), the undersigned, in their capacities as the directors of the Company, do hereby take the following actions and adopt the following resolutions by written consent, effective for all purposes as of the date set forth above:

**RESOLVED**, the Directors have determined that the Company should file a Petition for Bankruptcy pursuant to 11 U.S.C. § 1101 *et seq.*; and be it further

**RESOLVED**, that Juice Roll Upz, Inc. is authorized to file for a Petition for Bankruptcy pursuant to 11 U.S.C. § 1101 *et seq.*; and be it further

**RESOLVED**, that LAKE FOREST BANKRUPTCY II, APC is authorized to file a Chapter 11 petition on the Corporation's behalf.

**IN WIITNESS WHEREOF**, the undersigned have executed this instrument as the Directors of the Company as of the date first written above.

JOSHUA TONGCO
PRESIDENT

LEILANIE TONGCO
SECRETARY

| Fill in this information to identify the case: |
| --- |
| Debtor name                Juice Roll Upz, Inc. |
| United States Bankruptcy Court for the: |
|           Central District of California |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  American Express 16 General Warren Blvd, PO Box 3001 Malvern, PA 19355 | | Business line of credit | | | | $112,803.50 |
| 2  American Express 16 General Warren Blvd, PO Box 3001 Malvern, PA 19355 | | Credit Card | | | | $22,577.49 |
| 3  Blue Rock Capital Group, LLC. 1021 38th Street 156 Brooklyn, NY 11219 | (305) 785-7004 | Financing Statement | Disputed | $232,500.00 | $60,000.00 | $232,500.00 |
| 4  Bluevine, Inc. 401 Warren St, Suite 300 Redwood City, CA 94063 | (888) 216-9619 | UCC-1 Financing Statement | | $54,030.25 | $60,000.00 | $54,030.25 |
| 5  Capital One Attn: General Correspondence/Bankruptcy PO Box 30285 Salt Lake City, UT 84130-0287 | | Credit Card | | | | $7,946.73 |
| 6  Chase Bank, N.A. 201 North Walnut Street Wilmington, DE 19801 | | Credit Card | | | | $11,304.48 |
| 7  Chase Bank, N.A. 201 North Walnut Street Wilmington, DE 19801 | | | | | | $208.80 |
| 8  Chase Card Attn: Correspondence Dept PO Box 15298 Wilmington, DE 19850-5298 | | | | | | $84,761.35 |

Debtor     Juice Roll Upz, Inc.                                                    Case number (if known)
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  County of San Bernardino 268 West Hospitality Lane San Bernardino, CA 92415 | | Property Taxes | | | | $5,461.87 |
| 10  Forward Financial LLC 53 State Street 20th Floor Boston, MA 02109 | | UCC-1 Financing Statement | | $84,700.00 | $60,000.00 | $84,700.00 |
| 11  Fundfi Merchant Funding, LLC. 352 Fulton Avenue Hempstead, NY 11550 | | Financing Statement | Unliquidated | $189,894.20 | $60,000.00 | $189,894.20 |
| 12  GBR Funding West, Inc. 530 7th Avenue Ste 505 New York, NY 10018 | | UCC-1 Financing Statement | Unliquidated | $161,000.00 | $60,000.00 | $161,000.00 |
| 13  Small Business Administration 409 3rd St, SW Washington, DC 20416 | | Financing Statement | | $2,100,000.00 | $60,000.00 | $2,040,000.00 |
| 14  US Bank Attn: Bankruptcy Po Box 790179 Saint Louis, MO 63179-0179 | | Business Credit Card | | | | $3,281.00 |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>Lake Forest Bankruptcy<br>P.O. Box 515381<br>Los Angeles, CA 90051<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br><br><br><br>☑ *Attorney for:* Juice Roll Upz, Inc. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Juice Roll Upz, Inc.<br><br><br><br><br>Debtor(s). | CASE NO.: _____<br><br>ADVERSARY NO.: _____<br><br>CHAPTER: 11 |
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO RBP 1007(A)(1)**<br>**AND 7007.1, AND LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*____Anerio Ventura Altman, Esq.____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☑ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    None.

b.  X There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _____10/10/2023_____    By: _____
                                    Signature of Debtor, or attorney for Debtor

                              Name: _____Anerio Ventura Altman, Esq._____
                                    Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Lake Forest_____, California

Date: _10/10/2023_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Juice Roll Upz, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Central District of California</td></tr>
<tr><td colspan="2">Case number (if known): _____   Chapter ___11___</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real Property:**
    Copy line 88 from *Schedule A/B*.........................................................................................................

    $0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................................

    $497,964.62

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................................

    $497,964.62

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    $2,861,036.32

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................

    $0.00

    **3b. Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    +   $242,883.35

4. **Total liabilities**...............................................................................................................................
    Lines 2 + 3a + 3b

    $3,103,919.67

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **Juice Roll Upz, Inc.** | |
| United States Bankruptcy Court for the: **Central** District of **California** | |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $80,000.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking account | 2   6   6   9 | $11,288.55 |
| 3.2. Bank of America | Checking account | 5   9   2   3 | $15,028.49 |
| 3.3. Wells Fargo | Checking account | 9   1   8   4 | $500.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 Levied funds. | | $5,223.00 |
| 4.2 Lake Forest Bankruptcy II, APC (Held in Trust) | | $17,302.00 |
| 4.3 Chase Bank (Held in JRU Distribution) | | $10,622.58 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$139,964.62

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

| Debtor | __Juice Roll Upz, Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 __Rancho Cucamonga Development Company__ _____      _____ $25,000.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____      _____

8.2 _____      _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      $25,000.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11.** **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $60,000.00   −   unknown   = .....➜ | | $60,000.00 |
| | face amount     doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $20,000.00   −   $20,000.00   = .....➜ | | $0.00 |
| | face amount     doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $60,000.00

---

| **Part 4:** | **Investments** |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

---

Debtor   __Juice Roll Upz, Inc._____   Case number *(if known)* _____
          Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw Materials for use in assembly Vapes. | 03/30/2023<br>MM / DD / YYYY | $50,000.00 | Derived from the purchase price. | $50,000.00 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Vape Products or E-liquid | 03/30/2023<br>MM / DD / YYYY | $50,000.00 | Estimation based on selling price | $50,000.00 |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    $100,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | Juice Roll Upz, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    __Juice Roll Upz, Inc.__    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Furniture and equipment for about 2000 square feet. | $8,317.23 | Estimation | $1,000.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Clean Room Equipment Purchased in 2016 | $139,529.01 | No value stated. | $100,000.00 |
| Warehouse equipment | $70,768.13 | Purchase price | $12,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| $113,000.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Caterpillar Forklift | unknown | | unknown |
| 47.2 2019 Mercedes Sprinter / Purchased for 52,000 | unknown | | unknown |
| 47.3 2020 Toyota Sequoia | unknown | Estimate | $40,000.00 |

| Debtor | Juice Roll Upz, Inc. | Case number *(if known)* _____ |
|--------|----------------------|-----------------------------------------------|
|        | Name |  |

| | | | Downpayment amount. | |
|---|---|---|---|---|
| **47.4** 2020 Mercedes G63 / This vehicle is leased. The Corporation paid $20,000 approximately as a downpayment. This vehicle was refinanced in Leilanie Tongco's name for eptember 20th, 2023. Niether the vehicle nor the debt is in the Debtor's name anymore. | | unknown | | $20,000.00 |

**48.** Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

**49.** Aircraft and accessories

49.1 _____

49.2 _____

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                                              **$60,000.00**

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☒ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54.** Does the debtor own or lease any real property?
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | Value of lease payments for remainder of lease. | |
| **55.1** Lease / 9674 Hermosa Avenue Rancho Cucamonga, CA 91730 | Lease | unknown | | unknown |

**56.** **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    __Juice Roll Upz, Inc.__    Case number (if known) _____
      Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and Intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Logo, Trademark (US, China, Kuwait, Bahrain, Canada) and Website, | unknown | Not believed to have any significant value. | unknown |
| 61. **Internet domain names and websites** | | | |
| www.rollupz.com | unknown | Owned since 2017. | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| Tobacco Manufacturers License: 090300657 Tobacco Distributor's License: 090007440 ISO9001:2015 Certified by NSAI: 19.204 FDA FEI Number: 3012695279 | unknown | These licenses are unique to the Corporation. They have a value of "0" as they cannot be sold. | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer List | $5,000.00 | Owner estimation. | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| The business has existed since 2015. | unknown | | unknown |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

---

| Debtor | Juice Roll Upz, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = → _____
                    Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| Canoplus US Insurance, Inc.-Commerical Lines Common Policy | $0.00 |
| Worker's Compensation Insurance Policy EIG 4670156 02. The carrier's name is "EMPLOYERS". | $0.00 |
| Medical Benefits Policy | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---|
| Claim against Bluerock Capital | unknown |

Nature of claim     Fraud in the inducement

Amount requested     $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     _____

Nature of claim     _____

Amount requested     _____

76. **Trusts, equitable or future interests in property**

Debtor    __Juice Roll Upz, Inc._____    Case number *(if known)* _____
    Name

---

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $139,964.62 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $25,000.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $60,000.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | $100,000.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $113,000.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $60,000.00 | |
| 88. | Real property. *Copy line 56, Part 9.*........................................ → | | unknown |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* + | $0.00 | |
| 91. | **Total.** *Add lines 80 through 90 for each column*............91a. | $497,964.62 | + 91b. |
| 92. | **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** .......................................................... | | $497,964.62 |

Fill in this information to identify the case:

Debtor name    Juice Roll Upz, Inc.

United States Bankruptcy Court for the: _____ Central _____ District of _____ California _____
                                                                        (State)

Case number (if known): _____

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** **Creditor's name**<br>Blue Rock Capital Group, LLC.<br><br>**Creditor's mailing address**<br>1021 38th Street 156<br>Brooklyn, NY 11219<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** 7/17/2023<br><br>**Last 4 digits of account number** 2 0 2 3<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>1) Small Business Administration;<br>2) Fundfi Merchant Funding, LLC.;<br>3) Blue Rock Capital Group, LLC.; 4) Bluevine, Inc.; 5) GBR Funding West, Inc.; 6) Forward Financial LLC | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable<br><br>**Describe the lien**<br>Financing Statement<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $232,500.00 | $60,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,861,036.32

Debtor    Juice Roll Upz, Inc. _____    Case number (if known) _____
          Name

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

    Bluevine, Inc.

**Creditor's mailing address**

    401 Warren St, Suite 300

    Redwood City, CA 94063

**Creditor's email address, if known**

    _____

**Date debt was**    11/29/2022
**incurred**

**Last 4 digits of**    __ __ __ __
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Accounts Receivable

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $54,030.25

Value of collateral: $60,000.00

Debtor   Juice Roll Upz, Inc.                                          Case number (if known) _____
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

County of San Bernardino

**Creditor's mailing address**

268 West Hospitality Lane

San Bernardino, CA 92415

**Creditor's email address, if known**

| | |
|---|---|
| **Date debt was incurred** | 7/1/2023 |
| **Last 4 digits of account number** | 4 0 0 2 |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $5,461.87

Column B: unknown

Debtor   Juice Roll Upz, Inc.                                          Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4 Creditor's name**

Forward Financial LLC

**Creditor's mailing address**

53 State Street 20th Floor

Boston, MA 02109

**Creditor's email address, if known**

_____

**Date debt was incurred**     06/16/2023

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Accounts Receivable

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $84,700.00     Value of collateral: $60,000.00

Debtor    Juice Roll Upz, Inc. _____    Case number (if known) _____
            Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the
previous page.

**2.5** **Creditor's name**

   Fundfi Merchant Funding, LLC.

**Creditor's mailing address**

   352 Fulton Avenue

   Hempstead, NY 11550

**Creditor's email address, if known**

**Date debt was**      6/15/2023
**incurred**

**Last 4 digits of**    __ __ __ __
**account**
**number**

**Do multiple creditors have an interest**
**in the same property?**

☐ No

☑ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
       this creditor, and its relative
       priority.

       _____

       _____

    ☑ Yes. The relative priority of creditors
       is specified on lines __2.1__

**Describe debtor's property that is subject to a**
**lien**

Accounts Receivable

**Describe the lien**

   Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

|  | Column A | Column B |
|---|---|---|
|  | $189,894.20 | $60,000.00 |

Debtor    Juice Roll Upz, Inc.                                              Case number (if known) _____
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the
previous page.

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

**2.6  Creditor's name**

   GBR Funding West, Inc.

**Creditor's mailing address**

   530 7th Avenue Ste 505

   New York, NY 10018

**Creditor's email address, if known**

_____

**Date debt was          5/1/2023
incurred**

**Last 4 digits of        __ __ __ __
account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No
☑ Yes. Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

           _____

   ☑ Yes. The relative priority of creditors
          is specified on lines  2.1

**Describe debtor's property that is subject to a
lien**

Accounts Receivable

**Describe the lien**

   UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$161,000.00          $60,000.00

Debtor   __Juice Roll Upz, Inc.__                                          Case number (if known) _____
      Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

| 2.7 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $2,100,000.00 | $60,000.00 |
|---|---|---|---|---|

**Creditor's name**
Small Business Administration

**Describe debtor's property that is subject to a lien**
Accounts Receivable

**Describe the lien**
Financing Statement

**Creditor's mailing address**
409 3rd St, SW
Washington, DC 20416

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    10/15/2021

**Last 4 digits of account number**    7 9 0 2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
    ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Remarks:** This is a blanket lien on all corporate assets.

Debtor    Juice Roll Upz, Inc.                                Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.8** Creditor's name

Toyota Financial Services

**Creditor's mailing address**

PO Box 5855

Carol Stream, IL 60197

**Creditor's email address, if known**

_____

Date debt was incurred    7/1/2020

Last 4 digits of account number    0  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Toyota Sequoia

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $33,450.00

Column B: $40,000.00

Debtor   Juice Roll Upz, Inc.                                              Case number (if known) _____
         Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed
are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy
this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Steven Zakharyayev<br>10 W. 37th Street 602<br>New York, NY 10012 | Line 2. _1_ | _2_ _0_ _2_ _3_ |
| David Fogel<br>1225 Franklin Avenue 201<br>Garden City, NY 11530 | Line 2. _5_ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |
| | Line 2. ___ | _ _ _ _ |

**Fill in this information to identify the case:**

Debtor name _____ Juice Roll Upz, Inc. _____

United States Bankruptcy Court for the:
_____
Central District of California
_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| _____<br>_____<br>_____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ |
| **Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___ | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|
| _____<br>_____<br>_____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ |
| **Last 4 digits of account number** _ _ _ _ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ___ | |

Debtor    __Juice Roll Upz, Inc.__    Case number *(if known)* _____
       Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

16 General Warren Blvd, PO Box 3001

Malvern, PA 19355

Date or dates debt was incurred  _____

Last 4 digits of account number    1  0  0  6

As of the petition filing date, the claim is: **$22,577.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

American Express

16 General Warren Blvd, PO Box 3001

Malvern, PA 19355

Date or dates debt was incurred  _____

Last 4 digits of account number    1  8  7  0

As of the petition filing date, the claim is: **$112,803.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business line of credit

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Capital One

Attn: General Correspondence/Bankruptcy

PO Box 30285

Salt Lake City, UT 84130-0287

Date or dates debt was incurred  _____

Last 4 digits of account number    1  6  0  9

As of the petition filing date, the claim is: **$7,946.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Chase Bank, N.A.

201 North Walnut Street

Wilmington, DE 19801

Date or dates debt was incurred  _____

Last 4 digits of account number    3  2  5  7

As of the petition filing date, the claim is: **$208.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    __Juice Roll Upz, Inc._____    Case number *(if known)* _____
          Name

## Part 2:  Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,304.48 |
|---|---|---|---|

**3.5**

Nonpriority creditor's name and mailing address

Chase Bank, N.A.

201 North Walnut Street

Wilmington, DE 19801

Date or dates debt was incurred _____

Last 4 digits of account number    4  2  1  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☒ No
☐ Yes

$11,304.48

---

**3.6**

Nonpriority creditor's name and mailing address

Chase Card

Attn: Correspondence Dept

PO Box 15298

Wilmington, DE 19850-5298

Date or dates debt was incurred _____

Last 4 digits of account number    4  1  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$84,761.35

---

**3.7**

Nonpriority creditor's name and mailing address

US Bank

Attn: Bankruptcy

Po Box 790179

Saint Louis, MO 63179-0179

Date or dates debt was incurred _____

Last 4 digits of account number    0  0  1  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Credit Card

Is the claim subject to offset?
☒ No
☐ Yes

$3,281.00

---

Debtor    **Juice Roll Upz, Inc.**                                          Case number *(if known)* _____
           Name

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $242,883.35 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $242,883.35 |

Fill in this information to identify the case:

Debtor name      Juice Roll Upz, Inc.

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Space | Rancho Cucamonga Development Company |
| | | Contract to be ASSUMED | 9674 Hermosa Ave |
| | State the term remaining | 1 months | Rch Cucamonga, CA 91730-5812 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name __Juice Roll Upz, Inc.__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|---|
| | Name | Mailing address | Name | |
| 2.1 | JLT Investments, Inc. | 9674 Hermosa Avenue | Fundfi Merchant Funding, LLC. | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Rancho Cucamonga, CA 91730 | | |
| | | City        State        ZIP Code | | |
| 2.2 | Joshua Tongco | 9674 Hermosa Avenue | Blue Rock Capital Group, LLC. | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Rancho Cucamonga, CA 91730 | Fundfi Merchant Funding, LLC. | ☑ D |
| | | City        State        ZIP Code | | ☐ E/F |
| | | | | ☐ G |
| | | | Rancho Cucamonga Development Company | ☐ D |
| | | | | ☐ E/F |
| | | | | ☑ G |
| | | | American Express | ☐ D |
| | | | | ☑ E/F |
| | | | | ☐ G |
| | | | Bluevine, Inc. | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | | GBR Funding West, Inc. | ☑ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | | American Express | ☐ D |
| | | | | ☑ E/F |
| | | | | ☐ G |

Debtor __Juice Roll Upz, Inc._____          Case number (if known) _____
         Name

| ▆▆▆ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Capital One | ☐ D ☑ E/F ☐ G |
| | | Toyota Financial Services | ☑ D ☐ E/F ☐ G |
| | | Forward Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.3 JRU Distribution | 9674 Hermosa Avenue<br>Street<br><br>Rancho Cucamonga, CA 91730<br>City        State        ZIP Code | Fundfi Merchant Funding, LLC. | ☑ D ☐ E/F ☐ G |
| 2.4 Licks E-Liquid | 9674 Hermosa Avenue<br>Street<br><br>Rancho Cucamonga, CA 91730<br>City        State        ZIP Code | Fundfi Merchant Funding, LLC. | ☑ D ☐ E/F ☐ G |
| 2.5 Sabas, Leilanie Quizon | 9674 Hermosa Avenue<br>Street<br><br>Rancho Cucamonga, CA 91730<br>City        State        ZIP Code | Fundfi Merchant Funding, LLC. | ☑ D ☐ E/F ☐ G |
| 2.6 Tongco, Joshua | 9674 Hermosa Avenue<br>Street<br><br>Rancho Cucamonga, CA 91730<br>City        State        ZIP Code | Blue Rock Capital Group, LLC. | ☑ D ☐ E/F ☐ G |
| | | Fundfi Merchant Funding, LLC. | ☑ D ☐ E/F ☐ G |
| | | Rancho Cucamonga Development Company | ☐ D ☐ E/F ☑ G |
| | | American Express | ☐ D ☑ E/F ☐ G |
| | | Bluevine, Inc. | ☑ D ☐ E/F ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __3__

Debtor    __Juice Roll Upz, Inc.__    Case number (if known) _____
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | GBR Funding West, Inc. | ☑ D  ☐ E/F  ☐ G |
| | | American Express | ☐ D  ☑ E/F  ☐ G |
| | | Capital One | ☐ D  ☑ E/F  ☐ G |
| | | Toyota Financial Services | ☑ D  ☐ E/F  ☐ G |
| | | Forward Financial LLC | ☑ D  ☐ E/F  ☐ G |

Official Form 206H    Schedule H: Codebtors    page _3_ of _3_

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Juice Roll Upz, Inc. |
| United States Bankruptcy Court for the: | |
| | Central District of California |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Uncategorized Income | $1,143,959.96 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Uncategorized Income | $1,764,480.11 |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Uncategorized Income | $2,318,298.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ERC | $87,999.19 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor    Juice Roll Upz, Inc.
      Name

                                                                       Case number *(if known)*

| | | | | | |
|---|---|---|---|---|---|
| **For the year before that:** | From 01/01/2021 to 12/31/2021 | PPP | $150,000.00 |
| | MM/ DD/ YYYY   MM/ DD/ YYYY | SBA/EIDL | $2,000,000.00 |
| | | **Total Gross Revenue:** | $2,150,000.00 |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | GBR Funding West, Inc. <br> Creditor's name <br><br> 530 7th Avenue Ste 505 <br> Street <br><br><br> New York, NY 10018 <br> City     State     ZIP Code | 7/6/2023 <br><br> 7/21/2023 <br><br> 7/28/2023 | $7,892.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Blue Rock Capital Group, LLC. <br> Creditor's name <br><br> 1021 38th Street 156 <br> Street <br><br><br> Brooklyn, NY 11219 <br> City     State     ZIP Code | 7/6/2023 <br><br> 7/7/2023 <br><br> 7/10/2023 <br><br> 7/11/2023 | $9,920.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. | Fundfi Merchant Funding, LLC. <br> Creditor's name <br><br> 352 Fulton Avenue <br> Street <br><br><br> Hempstead, NY 11550 <br> City     State     ZIP Code | 7/7/2023 <br><br> 7/21/2023 <br><br> 7/28/2023 | $7,646.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. | Family Funding West <br> Creditor's name <br><br> 1021 38TH ST <br> Street <br><br><br> Brooklyn, NY 11219 <br> City     State     ZIP Code | 7/12/2023 | $55,964.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor    Juice Roll Upz, Inc.                                              Case number *(if known)*  _____
          Name

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Citicards Cbna<br>Creditor's name<br><br>PO Box 790040<br>Street<br><br>Citicorp Credit Svc/Centralized Bankruptcy<br><br>Saint Louis, MO 63179<br>City               State     ZIP Code<br><br>**Relationship to debtor**<br><br>Insider Credit Card | 7/18/2023<br><br>8/16/2023<br><br>09/06/2023 | $8,977.00 | This payment was made to pay the corporate owner's credit card. |
| 4.2.  Mercedes-Benz Financial Services USA LLC<br>Creditor's name<br><br>P.O. Box 5209<br>Street<br><br><br>Carol Stream, IL 60197-5209<br>City               State     ZIP Code<br><br>**Relationship to debtor**<br><br>Lender on the Mercedes Benz listed on<br>Schedule A/B | 8/28/2023<br><br>7/26/2023<br><br>6/26/2023<br><br>5/26/2023<br><br>4/25/2023<br><br>3/26/2023<br><br>2/26/2023<br><br>1/26/2023<br><br>12/26/2022<br><br>11/26/2022<br><br>10/26/2022<br><br>9/26/2022 | $35,904.00 | Payment on lease. |

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor    Juice Roll Upz, Inc.                        Case number *(if known)* _____

       Name

5.1. _____     _____     _____   _____

       Creditor's name

       _____

       Street

       _____

       _____

       City        State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | XXXX–__ __ __ __ | _____ | _____ |

---

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Blue Rock Capital Group, LLC vs. Juice Roll Upz et al. <br><br> **Case number** <br> 520848/2023 | Collections matter/Breach of Contract | Supreme Court of the State of New York, County of Kings <br> Name <br> 360 Adams Street 4 <br> Street <br><br> Brooklyn, NY 11201 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| Fundfi Merchant Funding, LLC vs. Juice Roll Upz et al. <br><br> **Case number** <br> _____ | Collections/Breach of Contract | Supreme Court of the State of New York, County of Kings <br> Name <br> 360 Adams Street 4 <br> Street <br><br> Brooklyn, NY 11201 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Juice Roll Upz, Inc.                                                         Case number *(if known)*
          Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City          State    ZIP Code | | |
| | | Date of order or assignment | City          State    ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

Debtor   Juice Roll Upz, Inc.                                                    Case number *(if known)*
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lake Forest Bankruptcy | Attorney's Fee | 10/10/2023 | $5,960.00 |
| | **Address** | | | |
| | P.O. Box 515381 | | | |
| | Street | | | |
| | Lake Forest Bankruptcy | | | |
| | Los Angeles, CA 90051 | | | |
| | City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | avaesq@lakeforestbkoffice.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Juice Roll Upz | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Blue Rock Capital Group, LLC. | Debtor transferred a right to receivables valued at $232,500 in exchange for $150,000, or $135,000 after applicable fees, on July 12th, 2023 to Blue Rock Capital Group, LLC. | 7/12/2023 | $232,500.00 |
| | **Address** | | | |
| | 1021 38th Street 156 | | | |
| | Street | | | |
| | | | | |
| | Brooklyn, NY 11219 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None. | | | |

Debtor    Juice Roll Upz, Inc.                                                                    Case number *(if known)*
          Name

---

**13.2.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | GBR Funding West, Inc. | Debtor provided a first security lien interest in all corporate property in exchange for $145,005.00 on | 5/1/2023 | $205,500.00 |
| | **Address** | | | |
| | 530 7th Avenue Ste 505. | | | |
| | Street | | | |
| | | | | |
| | New York, NY 10018 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None. | | | |

**13.3.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | Family Funding West | Debtor transferred an interest in $77,500 in receivables in exchange for $45,000 on July 13th, 2023. | 07/13/2023 | $77,500.00 |
| | **Address** | | | |
| | 1021 38TH ST | | | |
| | Street | | | |
| | | | | |
| | Brooklyn, NY 11219 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None. | | | |

**13.4.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | Fundfi Merchant Funding, LLC. | Debtor transferred $167,900 in receivables in exchange or $115,000 advanced on June 15th, 2023. | 06/15/2023 | $167,900.00 |
| | **Address** | | | |
| | 352 Fulton Avenue | | | |
| | Street | | | |
| | | | | |
| | Hempstead, NY 11550 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

Debtor    Juice Roll Upz, Inc.                                                    Case number *(if known)*
              Name

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | JRU Distributions | Property transferred for use of the Debtor. | 7/12/2023 | $100,000.00 |
| | **Address** | | | |
| | 9674 Hermosa Avenue<br>Street | | | |
| | | | | |
| | Rancho Cucamonga, CA 91730-5812<br>City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Interlocking Directorships | | | |

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | JRU Distributions | Property transferred for the use of the Debtor. | 7/17/2023 | $25,000.00 |
| | **Address** | | | |
| | 9674 Hermosa Avenue<br>Street | | | |
| | | | | |
| | Rancho Cucamonga, CA 91730-5812<br>City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Interlocking directorships. | | | |

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | JRU Distributions | Payments made for the use of the Debtor. | 8/28/2023 | $20,000.00 |
| | **Address** | | | |
| | 9674 Hermosa Avenue<br>Street | | | |
| | | | | |
| | Rancho Cucamonga, CA 91730-5812<br>City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Interlocking Directorships | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

Debtor ___Juice Roll Upz, Inc._____    Case number *(if known)* _____
       Name

14.1. _____    From _____ To _____

Street _____

_____

City       State   ZIP Code

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City  State  ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Juice Roll Upz, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ Address _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Rancho Cucamonga Development Company Name 9674 Hermosa Ave Street Rch Cucamonga, CA 91730-5812 City    State    ZIP Code | Employees of the company _____ Address _____ | Business Inventory mentioned on Schedule A/B. _____ _____ | ☐ No ☑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    Juice Roll Upz, Inc.                                                    Case number *(if known)*
_____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor    Juice Roll Upz, Inc.                                                              Case number *(if known)*
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name _____ Street _____ _____ City      State    ZIP Code | _____ _____ | EIN: _ _ – _ _ _ _ _ _ _ Dates business existed From _____   To _____ |

26.  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Sarah Stevenson Name PO Box 3543 Street _____ Central Point, OR 97502 City                State          ZIP Code | From 1/1/2019    To 09/30/2023 |
| **Name and address** | **Dates of service** |
| 26a.2. Michael Giangrande Name 915 West Imperial Highway 205 Street _____ Brea, CA 92821 City                State          ZIP Code | From 1/1/2020    To 1/1/2022 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor   Juice Roll Upz, Inc.

Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.1. Sarah Stevenson<br>Name<br><br>Po Box 3543<br>Street<br><br><br>Central Point, OR 97502-0020<br>City    State    ZIP Code | From 1/1/2019    To 9/30/2023 |

| Name and address | Dates of service |
|---|---|
| 26b.2. Leilanie Quizon Sabas Tongco<br>Name<br><br>9674 Hermosa Avenue<br>Street<br><br><br>Rancho Cucamonga, CA 91730<br>City    State    ZIP Code | From 1/1/2016    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Leilanie Quizon Sabas Tongco<br>Name<br>9674 Hermosa Avenue<br>Street<br><br><br>Rancho Cucamonga, CA 91730<br>City    State    ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Small Business Administration<br>Name<br>409 3rd St. SW<br>Street<br><br><br>Washington, DC 20416<br>City    State    ZIP Code |

| Name and address |
|---|
| 26d.2. Blue Rock Capital Group, LLC.<br>Name<br>1021 38th Street 156<br>Street<br><br><br>Brooklyn, NY 11219<br>City    State    ZIP Code |

Debtor   Juice Roll Upz, Inc.                                 Case number *(if known)*
       Name

| Name and address |
| --- |

**26d.3.** GBR Funding West, Inc.
Name

530 7th Avenue Ste 505
Street

New York, NY 10018
City             State        ZIP Code

| Name and address |
| --- |

**26d.4.** Family Funding West
Name

1021 38TH ST
Street

Brooklyn, NY 11219
City             State        ZIP Code

| Name and address |
| --- |

**26d.5.** Fundfi Merchant Funding, LLC.
Name

352 Fulton Avenue
Street

Hempstead, NY 11550
City             State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| Joshua Tongco | 3/30/2023 | $60,000.00 |

| Name and address of the person who has possession of inventory records |
| --- |

**27.1.** Joshua Tongco
Name

9674 Hermosa Avenue
Street

Rancho Cucamonga, CA 91730
City             State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Joshua Tongco | | President, Common Stock | 50.00% |
| Leilani Tongco | | Secretary, Common Stock | 50.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor   Juice Roll Upz, Inc.                                          Case number (if known) _____
         Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ <br> To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Joshua Tongco <br> Name <br><br> 9674 Hermosa Avenue <br> Street <br><br> Rancho Cucamonga, CA 91730 <br> City      State      ZIP Code <br><br> Relationship to debtor <br><br> Owner | $63,000.00 | 2023 | Distributions Received in 2023. |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. Leilanie Quizon Sabas Tongco <br> Name <br><br> 9674 Hermosa Avenue <br> Street <br><br> Rancho Cucamonga, CA 91730 <br> City      State      ZIP Code <br><br> Relationship to debtor <br><br> Owner | $130,714.00 | 2023 | W-2 Salary |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.3. Leilanie Quizon Sabas Tongco <br> Name <br><br> 9674 Hermosa Avenue <br> Street <br><br> Rancho Cucamonga, CA 91730 <br> City      State      ZIP Code <br><br> Relationship to debtor <br><br> Owner | $60,000.00 | 2023 | 2023 Distributions |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor     Juice Roll Upz, Inc.
           Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/10/2023___
                MM/ DD/ YYYY

X _____          Printed name _____ Joshua Tongco _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ President _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**    Juice Roll Upz, Inc.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $5,960.00

Prior to the filing of this statement I have received .................................................................    $5,960.00

Balance Due .................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    Other duties as Chapter 11 Counsel.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _10/10/2023_ | |
| **Date** | Anerio Ventura Altman, Esq. |
| | *Signature of Attorney* |
| | Bar Number: 228445 |
| | Lake Forest Bankruptcy |
| | Lake Forest Bankruptcy |
| | P.O. Box 515381 |
| | Los Angeles, CA 90051 |
| | Phone: (949) 218-2002 |
| | |
| | Lake Forest Bankruptcy |
| | *Name of law firm* |

---

**United States Bankruptcy Court**
**Central District of California**

In re   _Juice Roll Upz, Inc._ _____
                                              Debtor(s)

Case No. _____

Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **Juice Roll Upz, Inc.** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**10/10/2023**_____
Date

_____
**Anerio Ventura Altman, Esq.**
Signature of Attorney or Litigant
Counsel for _____ **Juice Roll Upz, Inc.** _____
**Bar Number: 228445**
**Lake Forest Bankruptcy**
**Lake Forest Bankruptcy**
**P.O. Box 515381**
**Los Angeles, CA 90051**
**Phone: (949) 218-2002**
**Email: avaesq@lakeforestbkoffice.com**

1

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>Lake Forest Bankruptcy<br>Lake Forest Bankruptcy<br>P.O. Box 515381<br>Los Angeles, CA 90051<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Juice Roll Upz, Inc. | CASE NO.:<br><br>CHAPTER:  Chapter 11 |
|---|---|
| <br><br><br><br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10/10/2023__

_____
Signature of Debtor 1

Date: __10/10/2023__

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __10/10/2023__

_____
Signature of Attorney for Debtor (if applicable)

*December 2015*

**American Express**
16 General Warren Blvd, PO Box 3001
Malvern, PA 19355

**Blue Rock Capital Group, LLC.**
1021 38th Street 156
Brooklyn, NY 11219

**Bluevine, Inc.**
401 Warren St, Suite 300
Redwood City, CA 94063

**Capital One**
Attn: General
Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287

**Chase Bank, N.A.**
201 North Walnut Street
Wilmington, DE 19801

**Chase Card**
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

**County of San Bernardino**
268 West Hospitality Lane
San Bernardino, CA 92415

**David Fogel**
1225 Franklin Avenue 201
Garden City, NY 11530

**Equifax**
P.O. Box 740241
Atlanta, GA 30374


**Experian**
P.O. Box 9530
Allen, TX 75013


**Forward Financial LLC**
53 State Street 20th Floor
Boston, MA 02109


**Franchise Tax Board**
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952


**Fundfi Merchant Funding, LLC.**
352 Fulton Avenue
Hempstead, NY 11550


**GBR Funding West, Inc.**
530 7th Avenue Ste 505
New York, NY 10018


**Internal Revenue Service**
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346


**JLT Investments, Inc.**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730

**Joshua Tongco**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730


**JRU Distribution**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730


**Licks E-Liquid**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730


**Rancho Cucamonga**
**Development Company**
9674 Hermosa Ave
Rch Cucamonga, CA 91730-5812


**Leilanie Quizon Sabas**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730


**Small Business**
**Administration**
409 3rd St, SW
Washington, DC 20416


**Steven Zakharyayev**
10 W. 37th Street 602
New York, NY 10012


**Joshua Tongco**
9674 Hermosa Avenue
Rancho Cucamonga, CA 91730

**Toyota Financial Services**
PO Box 5855
Carol Stream, IL 60197


**Transunion**
P.O. Box 6790
Fullerton, CA 92834


**US Bank**
Attn: Bankruptcy
Po Box 790179
Saint Louis, MO 63179-0179